IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARIAN T. MOSS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:13-CV-1319-RWS |
| DEKALB COUNTY BOARD OF HEALTH, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

On August 22, 2013, the Court entered an Order [4] ordering Plaintiff to file an Amended Complaint that contains her age discrimination claim within thirty (30) days of that Order. More than thirty (30) days have passed and Plaintiff has failed to file an amended complaint. Therefore, this action is hereby **DISMISSED**, due to Plaintiff's failure to follow a lawful order of this Court.

**SO ORDERED**, this   3rd   day of October, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE