UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIAN T. MOSS,<br>           Plaintiff,<br><br>vs.<br><br>DEKALB COUNTY BOARD OF HEALTH, et al.,<br>           Defendants. | CIVIL ACTION FILE<br><br>NO. 1: 13-cv-1319-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, United States District Judge on the Court's Order of August 22, 2013, directing plaintiff to file an amended complaint. To date, plaintiff has yet to file an amended complaint and plaintiff having failed to comply, it is

**Ordered and Adjudged** that the action be **dismissed** for failure to follow a lawful Order of the Court.

Dated at Atlanta, Georgia, this 4th day of October, 2013.

                                                      JAMES N. HATTEN
                                                      CLERK OF COURT

                                              By: *s/Denise D.M. McGoldrick*
                                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 4, 2013
James N. Hatten
Clerk of Court

By: *s/Denise D.M. McGoldrick*
     Deputy Clerk